IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER PHILLIPS, #455668, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 25-cv-01967-JPG |
| | ) |
| ST. CLAIR COUNTY SHERIFF's | ) |
| DEPARTMENT and | ) |
| ST. CLAIR COUNTY JAIL, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

Plaintiff Peter Phillips filed a Complaint against St. Clair County Sheriff's Department and St. Clair County Jail pursuant to 42 U.S.C. § 1983 on October 27, 2025. (Doc 1). The Complaint was screened under 28 U.S.C. § 1915A and dismissed without prejudice for failure to state a claim. (Doc. 5). The Court explained that neither defendant was considered a "person" subject to suit under § 1983, and even if Plaintiff intended to name the county as a defendant, the allegations articulated no *Monell*-type claim against it. *Id*. Plaintiff was granted leave to file a First Amended Complaint on or before November 26, 2025. (Doc. 5). He was warned that failure to do so would result in dismissal of the action for noncompliance with the Court's Order (Doc. 5) and for want of prosecution. *Id*. (citing FED. R. CIV. P. 41). He was also warned that the dismissal would count as a "strike" because his underlying Complaint failed to state a claim for relief. *Id*. (citing 28 U.S.C. § 1915(g)).

Plaintiff missed the initial deadline for filing a First Amended Complaint. However, his mail was erroneously returned undelivered from St. Clair County Jail based on his transfer when he was still housed there. (Docs. 10-13). On December 3, 2025, the Court *sua sponte* extended

1

the deadline for filing a First Amended Complaint to December 26, 2025. (Doc. 13). The Court again warned Plaintiff that the action would be dismissed, if he missed the extended deadline. *Id*.

Plaintiff then missed the extended deadline for filing a First Amended Complaint. On January 12, 2026, the Court entered the following Notice of Impending Dismissal:

> NOTICE OF IMPENDING DISMISSAL: The Court cannot move forward with this matter because there is no operative complaint on file. The original Complaint was dismissed. (Docs. 1, 5). Plaintiff was ordered to file a First Amended Complaint. (Docs. 5, 13). He has not complied with the Court's Orders to do so by the original deadline of November 26, 2025 (Doc. 5) or the extended deadline of December 26, 2025 (Doc. 13). He is WARNED that this action will be dismissed for failure to comply with the Court's Orders, if he does not file a First Amended Complaint in compliance with those Orders by JANUARY 30, 2026. The Clerk's Office is DIRECTED to SEND Plaintiff a blank civil rights complaint form, along with a courtesy copy of the docket sheet and Docs. 1, 5, and 13.

(Doc. 17).

Plaintiff also failed to file a First Amended Complaint by the second extended deadline of January 30, 2026. After the deadline expired, the Court received Plaintiff's self-styled "Motion for Monetary Relief" on February 3, 2026. (Doc. 20). In it, he requested $10 million against the defendants in this case and Case No. 25-cv-01968-JPG. *Id*. The Court denied this motion on February 4, 2026, and gave Plaintiff one final extension of time to file a First Amended Complaint, *i.e.*, no later than February 13, 2026. (Doc. 21). Plaintiff missed this final deadline as well.

More than a week has passed since Plaintiff's final deadline expired, and the Court has received no communication from him in this case. The Court will not allow this matter to linger any longer. Plaintiff's case shall be dismissed.

## Disposition

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice based on Plaintiff's failure to state a claim in his original Complaint (Doc 1) and his failure to comply with the Court's Orders (Docs. 5, 13, 17, and 21) to file a First Amended Complaint and/or prosecute

his claim(s). *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  February 25, 2026**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**
